IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,

    Petitioner,                    No. CIV S-00-0156 FCD GGH P

    vs.

BOARD OF PRISON TERMS, et al.,

    Respondents.                ORDER

_____/

       Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

       On April 8, 2005, respondent filed an answer to the petition. Because petitioner may have been waiting for the court to rule on his request for appointment of counsel before filing his reply, the court will grant him an extension of time to file a reply.

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's April 18, 2005, motion for appointment counsel is denied;

2. Petitioner's reply to the answer is due thirty days from the date of this order.

DATED: 5/3/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
wins156.31