IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS J. WINSTON,

    Petitioner,        No. CIV S-00-0156 FCD GGH P

    vs.

CALIFORNIA BOARD OF
PRISON TERMS, et al.,

    Respondents.        ORDER

/

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This action is on appeal to the Ninth Circuit Court of Appeals. Pending before the court is petitioner's May 16, 2006, motion to proceed in forma pauperis on appeal.

    Good cause appearing, IT IS HEREBY ORDERED that petitioner's May 16, 2006, motion to proceed in forma pauperis on appeal is granted.

DATED: 5/26/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

win156.ifp

1